UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LYNETTE BECH**                                                      **CIVIL ACTION**

**VERSUS**                                                            **NO. 16-12784**

**HEIDELBERG'S, INC., ET AL.**                                        **SECTION "B"(2)**

ORDER AND JUDGMENT

Considering the "Consent Motion to Dismiss Claims with Prejudice and Retain Jurisdiction" (Rec. Doc. 10),

**IT IS ORDERED** that the motion is **GRANTED IN PART**. The parties have firmly agreed upon a compromise and accordingly request that all claims be dismissed with prejudice, but that this Court retain jurisdiction to enforce the settlement agreement. Rec. Doc. 10 at 1. To retain jurisdiction, the matter will be dismissed without prejudice; nonetheless, the case will be closed.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-captioned matter is hereby **DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties, for a reasonable period of time. FED. R. CIV. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 13th day of April, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE